UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY FIORE,

Petitioner,

CIVIL ACTION

v.

NO.  04-40100-DPW

DAVID WINN,

Respondent.

O R D E R

WOODLOCK, D. J.

On June 3, 2004, petitioner Anthony Fiore, a prisoner confined at FMC Devens, filed a petition for a writ of habeas corpus under Section 2241 but did not submit the $5 filing fee or an application for waiver of the filing fee with a certified prison account statement.

ACCORDINGLY,

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND (ii) the United States Attorney;

(2) The Respondents shall, within 28 days of receipt of this Order, file an answer or other responsive pleading.

(3) Petitioner shall pay the $5 filing fee or submit an application for waiver of the filing fee with a certified prison account statement within 42 days of the date of this Order;

(4) The Clerk shall send Petitioner an Application to Proceed Without Prepayment of Fees with this Order.

SO ORDERED.

 6/8/04                                      s/ Douglas P. Woodlock
Date                                          United States District Judge