# United States District Court

DISTRICT OF _Massachusetts_

_Anthony Fiore_
Plaintiff

v.

_David Winn, Warden_
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: _04-CV-40100 DPW_

I, _Anthony Fiore_ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [✓] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _FMC Devens_

   Are you employed at the institution? _Yes_   Do you receive any payment from the institution? _Yes_

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes   [✓] No
   b. Rent payments, interest or dividends              [ ] Yes   [✓] No
   c. Pensions, annuities or life insurance payments    [ ] Yes   [✓] No
   d. Disability or workers compensation payments       [ ] Yes   [✓] No
   e. Gifts or inheritances                             [ ] Yes   [✓] No
   f. Any other sources                                 [✓] Yes   [ ] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. _Prison Pay Approx. $5 Monthly_

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   O

I declare under penalty of perjury that the above information is true and correct.

June 7, 2004
DATE

X _____
SIGNATURE OF APPLICANT *

* PETITIONER HAS AUTHORIZED PRISON OFFICIAL TO WITHDRAW, FROM HIS INMATE ACCOUNT, THE NECESSARY FILING FEE ON THIS 7TH DAY OF JUNE, 2004.

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 4,180.37 on account to his/her credit at (name of institution) FMC DEVENS, MA . I further certify that the applicant has the following securities to his/her credit: N/A

_____ . I further certify that during the past six months the applicant's average balance was $ 4,407.92 .

6/7/04
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 09682158 | | Current Institution: | Devens FMC |
| Inmate Name: | FIORE, ANTHONY | | Housing Unit: | J CC |
| Report Date: | 06/07/2004 | | Living Quarters: | J03-306L |
| Report Time: | 3:24:21 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Reciept# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 10/1/2003 2:03:44 PM | 53 | | 1092368 | Local Collections | $25.00 | | $4,141.87 |
| DEV | 10/2/2003 5:04:20 PM | ITS1002 | | | ITS Withdrawal | $(5.00) | | $4,136.87 |
| DEV | 10/5/2003 8:23:16 PM | ITS1005 | | | ITS Withdrawal | $(10.00) | | $4,126.87 |
| DEV | 10/6/2003 2:19:10 PM | 3JV106 | | | Payroll - IPP | $5.25 | | $4,132.12 |
| DEV | 10/6/2003 3:02:21 PM | 281 | | 1089567 | Local Collections | $40.00 | | $4,172.12 |
| DEV | 10/8/2003 5:59:35 PM | ITS1008 | | | ITS Withdrawal | $(5.00) | | $4,167.12 |
| DEV | 10/9/2003 12:06:52 PM | 31 | | | Sales | $(114.70) | | $4,052.42 |
| DEV | 10/9/2003 2:01:12 PM | 584 | | 1092374 | Local Collections | $100.00 | | $4,152.42 |
| DEV | 10/9/2003 2:01:12 PM | 629 | | 1092374 | Local Collections | $25.00 | | $4,177.42 |
| DEV | 10/12/2003 9:00:39 AM | ITS1012 | | | ITS Withdrawal | $(7.00) | | $4,170.42 |
| DEV | 10/15/2003 8:20:48 PM | ITS1015 | | | ITS Withdrawal | $(5.00) | | $4,165.42 |
| DEV | 10/17/2003 11:56:57 AM | 28 | | | Sales | $(85.00) | | $4,080.42 |
| DEV | 10/17/2003 11:58:55 AM | 29 | | | Sales | $(21.15) | | $4,059.27 |
| DEV | 10/17/2003 5:19:48 PM | ITS1017 | | | ITS Withdrawal | $(9.00) | | $4,050.27 |
| DEV | 10/21/2003 1:40:29 PM | 1250 | | 1079502 | Local Collections | $50.00 | | $4,100.27 |
| DEV | 10/23/2003 11:55:40 AM | 29 | | | Sales | $(34.15) | | $4,066.12 |
| DEV | 10/23/2003 4:53:15 PM | ITS1023 | | | ITS Withdrawal | $(6.00) | | $4,060.12 |
| DEV | 10/24/2003 2:15:01 PM | 1438 | | 1092385 | Local Collections | $25.00 | | $4,085.12 |
| DEV | 10/27/2003 2:27:44 PM | 1542 | | 1092387 | Local Collections | $50.00 | | $4,135.12 |
| DEV | 10/27/2003 5:37:56 PM | ITS1027 | | | ITS Withdrawal | $(5.00) | | $4,130.12 |
| DEV | 10/30/2003 11:54:15 AM | 29 | | | Sales | $(32.10) | | $4,098.02 |
| DEV | 10/31/2003 12:00:17 PM | 43 | | | Sales | $(2.75) | | $4,095.27 |
| DEV | 10/31/2003 5:00:40 PM | ITS1031 | | | ITS Withdrawal | $(10.00) | | $4,085.27 |
| DEV | 11/3/2003 2:28:36 PM | 1950 | | 1092392 | Local Collections | $25.00 | | $4,110.27 |
| DEV | 11/3/2003 7:43:54 PM | ITS1103 | | | ITS Withdrawal | $(10.00) | | $4,100.27 |
| DEV | 11/5/2003 10:04:36 AM | 4JV004 | | | Payroll - IPP | $5.25 | | $4,105.52 |
| DEV | 11/6/2003 1:45:44 PM | 2164 | | 1092395 | Local Collections | $25.00 | | $4,130.52 |
| DEV | 11/8/2003 3:45:41 PM | ITS1108 | | | ITS Withdrawal | $(5.00) | | $4,125.52 |
| DEV | 11/9/2003 8:04:24 PM | ITS1109 | | | ITS Withdrawal | $(5.00) | | $4,120.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEV | 11/11/2003 4:50:57 PM | ITS1111 | | ITS Withdrawal | $(5.00) | $4,115.52 |
| DEV | 11/12/2003 1:27:24 PM | 2537 | 1092401 | Local Collections | $25.00 | $4,140.52 |
| DEV | 11/13/2003 2:03:10 PM | 2639 | 1089703 | Local Collections | $60.00 | $4,200.52 |
| DEV | 11/14/2003 12:08:46 PM | 25 | | Sales | $(144.15) | $4,056.37 |
| DEV | 11/14/2003 5:22:30 PM | ITS1114 | | ITS Withdrawal | $(6.00) | $4,050.37 |
| DEV | 11/17/2003 2:12:12 PM | 2852 | 1079511 | Local Collections | $100.00 | $4,150.37 |
| DEV | 11/17/2003 4:59:22 PM | ITS1117 | | ITS Withdrawal | $(10.00) | $4,140.37 |
| DEV | 11/20/2003 11:18:40 AM | 8 | | Sales | $(98.05) | $4,042.32 |
| DEV | 11/20/2003 1:33:19 PM | 3056 | 1089708 | Local Collections | $50.00 | $4,092.32 |
| DEV | 11/20/2003 7:22:32 PM | ITS1120 | | ITS Withdrawal | $(10.00) | $4,082.32 |
| DEV | 11/26/2003 9:42:40 PM | ITS1126 | | ITS Withdrawal | $(5.00) | $4,077.32 |
| DEV | 11/28/2003 12:02:25 PM | 28 | | Sales | $(61.50) | $4,015.82 |
| DEV | 11/29/2003 10:53:25 AM | ITS1129 | | ITS Withdrawal | $(7.00) | $4,008.82 |
| DEV | 12/2/2003 1:33:57 PM | 3761 | 1089718 | Local Collections | $100.00 | $4,108.82 |
| DEV | 12/3/2003 5:04:34 PM | ITS1203 | | ITS Withdrawal | $(5.00) | $4,103.82 |
| DEV | 12/4/2003 12:04:25 PM | 21 | | Sales | $(8.45) | $4,095.37 |
| DEV | 12/5/2003 8:26:46 AM | 4JV019 | | Payroll - IPP | $10.25 | $4,105.62 |
| DEV | 12/7/2003 7:30:39 AM | ITS1207 | | ITS Withdrawal | $(5.00) | $4,100.62 |
| DEV | 12/7/2003 5:38:58 PM | ITS1207 | | ITS Withdrawal | $(5.00) | $4,095.62 |
| DEV | 12/9/2003 12:40:44 PM | 4286 | 1089725 | Local Collections | $75.00 | $4,170.62 |
| DEV | 12/10/2003 4:49:46 PM | ITS1210 | | ITS Withdrawal | $(5.00) | $4,165.62 |
| DEV | 12/11/2003 11:53:32 AM | 24 | | Sales | $(188.15) | $3,977.47 |
| DEV | 12/11/2003 1:43:02 PM | 4426 | 1089729 | Local Collections | $100.00 | $4,102.47 |
| DEV | 12/11/2003 1:43:02 PM | 4442 | 1089729 | Local Collections | $25.00 | $4,002.47 |
| DEV | 12/12/2003 1:47:41 PM | 4558 | 1089573 | Local Collections | $25.00 | $4,127.47 |
| DEV | 12/12/2003 4:40:53 PM | ITS1212 | | ITS Withdrawal | $(10.00) | $4,117.47 |
| DEV | 12/15/2003 3:17:02 PM | 4699 | 1089730 | Local Collections | $115.00 | $4,232.47 |
| DEV | 12/15/2003 3:17:02 PM | 4678 | 1089730 | Local Collections | $50.00 | $4,282.47 |
| DEV | 12/15/2003 3:17:02 PM | 4626 | 1089730 | Local Collections | $35.00 | $4,317.47 |
| DEV | 12/16/2003 5:31:20 PM | ITS1216 | | ITS Withdrawal | $(7.00) | $4,310.47 |
| DEV | 12/17/2003 1:27:59 PM | 5040 | 1089732 | Local Collections | $50.00 | $4,360.47 |
| DEV | 12/18/2003 11:23:32 AM | 9 | | Sales | $(118.85) | $4,241.62 |
| DEV | 12/18/2003 2:10:04 PM | 5093 | 1089735 | Local Collections | $25.00 | $4,291.62 |
| DEV | 12/18/2003 | 5168 | 1089735 | Local | $25.00 | $4,266.62 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2:10:04 PM | | | Collections | | |
| DEV | 12/19/2003 4:51:09 PM | ITS1219 | | ITS Withdrawal | $(5.00) | $4,286.62 |
| DEV | 12/22/2003 2:54:42 PM | 5424 | 1089738 | Local Collections | $100.00 | $4,436.62 |
| DEV | 12/22/2003 2:54:42 PM | 5561 | 1089738 | Local Collections | $50.00 | $4,336.62 |
| DEV | 12/22/2003 5:01:51 PM | ITS1222 | | ITS Withdrawal | $(5.00) | $4,431.62 |
| DEV | 12/24/2003 6:45:31 AM | 12 | | Sales | $(32.65) | $4,398.97 |
| DEV | 12/24/2003 6:46:55 AM | 13 | | Sales | $0.00 | $4,398.97 |
| DEV | 12/24/2003 12:48:34 PM | 5937 | 1089741 | Local Collections | $100.00 | $4,498.97 |
| DEV | 12/24/2003 7:23:38 PM | ITS1224 | | ITS Withdrawal | $(10.00) | $4,488.97 |
| DEV | 12/29/2003 2:33:50 PM | 6221 | 1089742 | Local Collections | $25.00 | $4,513.97 |
| DEV | 12/29/2003 5:43:40 PM | ITS1229 | | ITS Withdrawal | $(5.00) | $4,508.97 |
| DEV | 12/30/2003 7:53:32 PM | ITS1230 | | ITS Withdrawal | $(8.00) | $4,500.97 |
| DEV | 1/2/2004 11:54:36 AM | 6484 | 1089750 | Local Collections | $25.00 | $4,525.97 |
| DEV | 1/2/2004 5:51:29 PM | ITS0102 | | ITS Withdrawal | $(5.00) | $4,520.97 |
| DEV | 1/5/2004 12:12:16 PM | 4JV031 | | Payroll - IPP | $5.25 | $4,526.22 |
| DEV | 1/5/2004 2:09:01 PM | 6585 | 1089751 | Local Collections | $100.00 | $4,626.22 |
| DEV | 1/5/2004 6:51:09 PM | ITS0105 | | ITS Withdrawal | $(6.00) | $4,620.22 |
| DEV | 1/7/2004 12:03:49 PM | 29 | | Sales | $(115.80) | $4,504.42 |
| DEV | 1/10/2004 10:54:26 AM | ITS0110 | | ITS Withdrawal | $(4.00) | $4,500.42 |
| DEV | 1/12/2004 1:45:54 PM | 6967 | 1089759 | Local Collections | $25.00 | $4,525.42 |
| DEV | 1/12/2004 4:40:20 PM | ITS0112 | | ITS Withdrawal | $(5.00) | $4,520.42 |
| DEV | 1/14/2004 11:56:40 AM | 21 | | Sales | $(107.50) | $4,412.92 |
| DEV | 1/14/2004 1:20:48 PM | 7180 | 1089575 | Local Collections | $100.00 | $4,542.92 |
| DEV | 1/14/2004 1:20:48 PM | 7142 | 1089575 | Local Collections | $30.00 | $4,442.92 |
| DEV | 1/14/2004 4:44:47 PM | ITS0114 | | ITS Withdrawal | $(10.00) | $4,532.92 |
| DEV | 1/15/2004 1:53:05 PM | 7193 | 1079518 | Local Collections | $25.00 | $4,557.92 |
| DEV | 1/18/2004 12:39:09 PM | ITS0118 | | ITS Withdrawal | $(7.00) | $4,550.92 |
| DEV | 1/20/2004 1:17:13 PM | 7398 | 1089760 | Local Collections | $50.00 | $4,600.92 |
| DEV | 1/21/2004 12:03:59 PM | 23 | | Sales | $(72.95) | $4,527.97 |
| DEV | 1/21/2004 7:14:44 PM | ITS0121 | | ITS Withdrawal | $(7.00) | $4,520.97 |
| DEV | 1/22/2004 2:14:15 PM | 7511 | 1089762 | Local Collections | $25.00 | $4,545.97 |
| DEV | 1/25/2004 3:36:49 PM | ITS0125 | | ITS Withdrawal | $(5.00) | $4,540.97 |
| DEV | 1/28/2004 12:00:37 PM | 18 | | Sales | $(15.95) | $4,525.02 |
| DEV | 1/28/2004 | 24 | | | $(22.20) | $4,502.82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 12:04:00 PM | | | Sales | | |
| DEV | 1/29/2004 11:55:03 AM | 21 | | Sales | $0.00 | $4,502.82 |
| DEV | 1/30/2004 2:20:17 PM | 7994 | 1089770 | Local Collections | $100.00 | $4,627.82 |
| DEV | 1/30/2004 2:20:17 PM | 8046 | 1089770 | Local Collections | $25.00 | $4,527.82 |
| DEV | 1/30/2004 5:56:30 PM | ITS0130 | | ITS Withdrawal | $(5.00) | $4,622.82 |
| DEV | 2/3/2004 5:08:36 PM | ITS0203 | | ITS Withdrawal | $(5.00) | $4,617.82 |
| DEV | 2/4/2004 4:59:02 PM | ITS0204 | | ITS Withdrawal | $(5.00) | $4,612.82 |
| DEV | 2/5/2004 8:43:52 AM | 4JV043 | | Payroll - IPP | $5.25 | $4,618.07 |
| DEV | 2/5/2004 2:18:14 PM | 8417 | 1089777 | Local Collections | $25.00 | $4,643.07 |
| DEV | 2/6/2004 2:21:01 PM | 8471 | 1079523 | Local Collections | $20.00 | $4,663.07 |
| DEV | 2/8/2004 3:06:49 PM | ITS0208 | | ITS Withdrawal | $(5.00) | $4,658.07 |
| DEV | 2/9/2004 5:13:59 PM | ITS0209 | | ITS Withdrawal | $(3.00) | $4,655.07 |
| DEV | 2/11/2004 11:59:32 AM | 21 | | Sales | $(123.80) | $4,531.27 |
| DEV | 2/11/2004 4:52:40 PM | ITS0211 | | ITS Withdrawal | $(5.00) | $4,526.27 |
| DEV | 2/13/2004 4:42:54 PM | ITS0213 | | ITS Withdrawal | $(6.00) | $4,520.27 |
| DEV | 2/17/2004 6:49:25 PM | ITS0217 | | ITS Withdrawal | $(10.00) | $4,510.27 |
| DEV | 2/18/2004 11:53:34 AM | 22 | | Sales | $(95.90) | $4,414.37 |
| DEV | 2/20/2004 1:58:55 PM | 9326 | 1089579 | Local Collections | $25.00 | $4,439.37 |
| DEV | 2/21/2004 5:07:18 PM | ITS0221 | | ITS Withdrawal | $(5.00) | $4,434.37 |
| DEV | 2/25/2004 11:49:14 AM | 23 | | Sales | $(56.40) | $4,377.97 |
| DEV | 2/26/2004 4:34:45 PM | ITS0226 | | ITS Withdrawal | $(10.00) | $4,367.97 |
| DEV | 2/27/2004 1:29:10 PM | 9767 | 1089788 | Local Collections | $25.00 | $4,392.97 |
| DEV | 2/29/2004 3:47:43 PM | ITS0229 | | ITS Withdrawal | $(5.00) | $4,387.97 |
| DEV | 3/3/2004 11:46:48 AM | 22 | | Sales | $(26.60) | $4,361.37 |
| DEV | 3/4/2004 2:02:12 PM | 10151 | 1089794 | Local Collections | $25.00 | $4,386.37 |
| DEV | 3/4/2004 5:09:44 PM | ITS0304 | | ITS Withdrawal | $(10.00) | $4,376.37 |
| DEV | 3/5/2004 7:32:10 AM | 4JV055 | | Payroll - IPP | $5.25 | $4,381.62 |
| DEV | 3/6/2004 6:57:10 PM | ITS0306 | | ITS Withdrawal | $(5.00) | $4,376.62 |
| DEV | 3/7/2004 8:12:32 PM | ITS0307 | | ITS Withdrawal | $(6.00) | $4,370.62 |
| DEV | 3/10/2004 12:10:33 PM | 27 | | Sales | $(97.60) | $4,273.02 |
| DEV | 3/10/2004 1:46:33 PM | 10516 | 1089798 | Local Collections | $100.00 | $4,373.02 |
| DEV | 3/10/2004 5:26:37 PM | ITS0310 | | ITS Withdrawal | $(5.00) | $4,368.02 |
| DEV | 3/12/2004 1:46:20 PM | 10717 | 1089801 | Local Collections | $25.00 | $4,393.02 |
| DEV | 3/13/2004 | ITS0313 | | ITS | $(3.00) | $4,390.02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 9:04:11 AM | Withdrawal | | |
| DEV | 3/14/2004 4:31:48 PM | ITS0314 | | ITS Withdrawal | $(5.00) | $4,385.02 |
| DEV | 3/17/2004 11:54:17 AM | 19 | | Sales | $(56.95) | $4,328.07 |
| DEV | 3/17/2004 7:28:55 PM | ITS0317 | | ITS Withdrawal | $(5.00) | $4,323.07 |
| DEV | 3/19/2004 2:07:23 PM | 11100 | 1079537 | Local Collections | $50.00 | $4,373.07 |
| DEV | 3/19/2004 2:07:23 PM | 11086 | 1079537 | Local Collections | $25.00 | $4,398.07 |
| DEV | 3/19/2004 5:03:57 PM | ITS0319 | | ITS Withdrawal | $(8.00) | $4,390.07 |
| DEV | 3/24/2004 12:10:57 PM | 41 | | Sales | $(105.15) | $4,284.92 |
| DEV | 3/26/2004 1:19:32 PM | 11522 | 1089814 | Local Collections | $25.00 | $4,309.92 |
| DEV | 3/27/2004 9:19:22 AM | ITS0327 | | ITS Withdrawal | $(4.00) | $4,305.92 |
| DEV | 4/1/2004 5:23:06 PM | ITS0401 | | ITS Withdrawal | $(5.00) | $4,300.92 |
| DEV | 4/2/2004 1:41:40 PM | 11964 | 1089821 | Local Collections | $25.00 | $4,325.92 |
| DEV | 4/5/2004 9:17:13 AM | 4JV068 | | Payroll - IPP | $5.25 | $4,331.17 |
| DEV | 4/5/2004 2:14:16 PM | 12016 | 1089823 | Local Collections | $50.00 | $4,431.17 |
| DEV | 4/5/2004 2:14:16 PM | 12049 | 1089823 | Local Collections | $50.00 | $4,381.17 |
| DEV | 4/5/2004 4:56:09 PM | ITS0405 | | ITS Withdrawal | $(10.00) | $4,421.17 |
| DEV | 4/6/2004 11:19:04 AM | 10 | | Sales | $(43.50) | $4,377.67 |
| DEV | 4/6/2004 1:47:18 PM | 12245 | 1079540 | Local Collections | $100.00 | $4,477.67 |
| DEV | 4/7/2004 1:59:04 PM | 12350 | 1079541 | Local Collections | $25.00 | $4,502.67 |
| DEV | 4/7/2004 5:42:31 PM | ITS0407 | | ITS Withdrawal | $(2.00) | $4,500.67 |
| DEV | 4/10/2004 6:09:22 PM | ITS0410 | | ITS Withdrawal | $(5.00) | $4,495.67 |
| DEV | 4/12/2004 2:16:49 PM | 12711 | 1079547 | Local Collections | $100.00 | $4,595.67 |
| DEV | 4/13/2004 12:08:24 PM | 30 | | Sales | $(102.20) | $4,493.47 |
| DEV | 4/13/2004 7:49:37 PM | ITS0413 | | ITS Withdrawal | $(3.00) | $4,490.47 |
| DEV | 4/14/2004 2:03:40 PM | 12744 | 1079551 | Local Collections | $25.00 | $4,515.47 |
| DEV | 4/15/2004 4:50:57 PM | ITS0415 | | ITS Withdrawal | $(5.00) | $4,510.47 |
| DEV | 4/18/2004 10:29:56 AM | ITS0418 | | ITS Withdrawal | $(5.00) | $4,505.47 |
| DEV | 4/20/2004 5:53:47 PM | 62 | | Sales | $(68.30) | $4,437.17 |
| DEV | 4/22/2004 3:07:49 PM | 13330 | 1088592 | Local Collections | $25.00 | $4,462.17 |
| DEV | 4/22/2004 5:32:33 PM | ITS0422 | | ITS Withdrawal | $(5.00) | $4,457.17 |
| DEV | 4/24/2004 10:54:09 AM | ITS0424 | | ITS Withdrawal | $(5.00) | $4,452.17 |
| DEV | 4/27/2004 5:19:13 PM | 58 | | Sales | $(66.45) | $4,385.72 |
| DEV | 4/28/2004 4:56:10 PM | ITS0428 | | ITS Withdrawal | $(5.00) | $4,380.72 |
| DEV | 4/29/2004 | 13748 | 1079565 | Local | $25.00 | $4,405.72 |

| Alpha Code | Date/Time | Reference | Check Num | Transaction Type | Amount | Ending Balance |
|---|---|---|---|---|---|---|
|  | 2:34:43 PM |  |  | Collections |  |  |
| DEV | 5/1/2004 11:55:07 AM | ITS0501 |  | ITS Withdrawal | $(5.00) | $4,400.72 |
| DEV | 5/4/2004 11:43:37 AM | 23 |  | Sales | $(67.05) | $4,333.67 |
| DEV | 5/5/2004 9:39:51 AM | 4JV082 |  | Payroll - IPP | $5.25 | $4,338.92 |
| DEV | 5/5/2004 4:47:13 PM | ITS0505 |  | ITS Withdrawal | $(8.00) | $4,330.92 |
| DEV | 5/6/2004 2:15:32 PM | 14217 | 1079573 | Local Collections | $25.00 | $4,355.92 |
| DEV | 5/7/2004 5:12:27 PM | ITS0507 |  | ITS Withdrawal | $(5.00) | $4,350.92 |
| DEV | 5/10/2004 2:27:56 PM | 14362 | 1079576 | Local Collections | $50.00 | $4,400.92 |
| DEV | 5/11/2004 11:50:29 AM | 22 |  | Sales | $(84.80) | $4,316.12 |
| DEV | 5/12/2004 5:05:07 PM | ITS0512 |  | ITS Withdrawal | $(6.00) | $4,310.12 |
| DEV | 5/16/2004 6:01:26 PM | ITS0516 |  | ITS Withdrawal | $(5.00) | $4,305.12 |
| DEV | 5/18/2004 12:23:33 PM | 37 |  | Sales | $(61.85) | $4,243.27 |
| DEV | 5/19/2004 1:46:11 PM | 15026 | 1079584 | Local Collections | $25.00 | $4,268.27 |
| DEV | 5/19/2004 4:50:00 PM | ITS0519 |  | ITS Withdrawal | $(5.00) | $4,263.27 |
| DEV | 5/24/2004 1:49:31 PM | 15348 | 1079589 | Local Collections | $25.00 | $4,288.27 |
| DEV | 5/24/2004 5:06:03 PM | ITS0524 |  | ITS Withdrawal | $(5.00) | $4,283.27 |
| DEV | 5/25/2004 11:48:10 AM | 25 |  | Sales | $(70.30) | $4,212.97 |
| DEV | 5/26/2004 12:28:25 PM | 15422 | 1079593 | Local Collections | $25.00 | $4,237.97 |
| DEV | 5/28/2004 12:02:10 PM | 59 |  | Sales | $(6.30) | $4,231.67 |
| DEV | 5/29/2004 11:10:14 AM | ITS0529 |  | ITS Withdrawal | $(5.00) | $4,226.67 |
| DEV | 6/1/2004 12:01:12 PM | 30 |  | Sales | $(66.55) | $4,160.12 |
| DEV | 6/3/2004 2:21:34 PM | 15912 | 1079600 | Local Collections | $25.00 | $4,185.12 |
| DEV | 6/3/2004 4:44:46 PM | ITS0603 |  | ITS Withdrawal | $(5.00) | $4,180.12 |
| DEV | 6/6/2004 11:51:20 AM | ITS0606 |  | ITS Withdrawal | $(5.00) | $4,175.12 |
| DEV | 6/7/2004 8:13:23 AM | 4JV102 |  | Payroll - IPP | $5.25 | $4,180.37 |

Total Transactions: 186

Totals: 63.50   0.00

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $4,180.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,180.37 |
| **Totals:** | **$4,180.37** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$4,180.37** |