```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

ANTHONY FIORE,                    )
          Petitioner,             )
                                  )
     v.                           )   C.A. No.  04-40100-DPW
                                  )
DAVID WINN,                       )
          Respondent.             )
```

ORDER ON PETITIONER'S MOTION
TO PROCEED WITHOUT PREPAYMENT OF FEES

In an order dated June 8, 2004, I directed petitioner Joseph Anthony Fiore, an inmate at FMC Devens, to either pay the $5 filing fee for this action or submit an application for waiver of the filing fee within 42 days. Fiore has submitted an application indicating that he has over $4,000.00 in his institutional account. He also states in his application that he has asked prison officials to deduct $5 from his account and send it to this Court for payment of the filing fee.

ACCORDINGLY, Petitioner's application to proceed without prepayment of fees is DENIED because petitioner has sufficient funds to pay the $5 filing fee and because he has indicated that he is in the process of having the filing fee forwarded to the Court. In the event that Fiore is unable to have the filing fee transmitted to the Court by FMC Devens officials on or before July 20, 2004, Fiore may request, by motion, an enlargement of time to effect payment.

SO ORDERED.

Dated at Boston, Massachusetts, this 14th day of June, 2004.

                              s/ Douglas P. Woodlock
                              DOUGLAS P. WOODLOCK
                              UNITED STATES DISTRICT JUDGE