UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY FIORE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DAVID L. WINN, WARDEN ) <br> ) <br> Respondent. ) <br> ) | Civil Action No. 04CV40100DPW |

**RESPONDENT'S MOTION TO DISMISS PLAINTIFF'S PETITION PURSUANT TO FED. R. CIV. P. 12(b)**

The respondent, David L. Winn, Warden of the Federal Medical Center, Devens, Massachusetts, ("FMC Devens"), hereby moves to dismiss petitioner Anthony Fiore's complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for Petitioner's failure to exhaust administrative remedies, failure to adequately allege a justiciable claim, and lack of subject matter jurisdiction.

Respectfully submitted,

DEFENDANT DAVID L. WINN,
WARDEN, FMC DEVENS,

By his attorney,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Gina Y. Walcott-Torres
Gina Y. Walcott-Torres
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3369

**CERTIFICATE OF SERVICE**

This is to certify that I have this 6th day of July 2004, served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Anthony Fiore (#09682-158), *pro se*, P.O. Box 879, Ayer, MA 01432

/s/ Gina Y. Walcott-Torres
Gina Y. Walcott-Torres
Assistant United States Attorney

**REQUEST FOR WAIVER OF LOCAL RULE 7.1(A)(2) CERTIFICATION**

The undersigned counsel hereby requests a waiver of the requirements of Local Rule 7.1(A)(2). As reasons therefore, she asserts that the plaintiff, who is acting *pro se*, is incarcerated at the Federal Medical Center in Devens, Massachusetts.

/s/ Gina Y. Walcott-Torres
Gina Y. Walcott-Torres
Assistant United States Attorney