MR. ANTHONY FIORE # 09682-158
FEDERAL MEDICAL CENTER — DEVENS
P.O. BOX 879
AYER, MA. 01432
JULY 11,th 2004

RE: CASE NO. 4;04-cv-40100

TO: OFFICE OF THE CLERK,

    I AM REQUESTING THAT THIS COURT PLEASE GRANT ME A TEMPORARY STAY OF MY (2241) MOTION FILED ON 6/9/04 UNDER THE ABOVE CASE NO. SO THAT I CAN PROCEED TO FILE AND EXHAUST MY ADMINISTRATIVE REMEDY'S IN ACCORDANCE WITH THE POLICY OF THE B.O.P., MY ATTEMPTS AT OBTAINING SUCH RESULTS ARE IN AFFECT ALREADY. HOWEVER, NOT ALL STEPS ARE COMPLETED AS OF YET AND I ASKED THAT THIS COURT PLEASE GRANT REQUEST OF A TEMPORARY STAY OF MY MOTION UNTIL ALL ADMINISTRATIVE STEPS ARE FINAL. I THANK THIS COURT FOR IT'S TIME AND PATIENCE WITH RESPECT TO THIS MATTER.

SINCERELY,

*Anthony Fiore*

MR. ANTHONY FIORE # 09682-158
FEDERAL MEDICAL CENTER— DEVENS
P.O. BOX 879
AYER, MA. 01432

C.C.: