```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

ANTHONY FIORE,
    Petitioner,

    V.                    CIVIL ACTION NO. 04-40100-DPW

DAVID L. WINN,
WARDEN AT FMC DEVENS
    Respondent

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's electronic Order on August 17, 2004, granting the Respondent's Motion to Dismiss the Petition filed under 28 U.S.C. §2241, and denying the Petitioner's Motion to Stay, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                          BY THE COURT,

                                          /s/ Rebecca Greenberg
                                          Deputy Clerk

DATED: August 17, 2004